26, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–5707. IN RE KENNEDY. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until October 26, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–5215. IN RE BENDER ET AL. Sup. Ct. N. D. Petition for writ of common-law certiorari denied.

No. 97–9475. IN RE ARREOLA;
No. 97–9554. IN RE WAPNICK;
No. 97–9617. IN RE WILSON;
No. 97–9630. IN RE THOMPSON;
No. 97–9676. IN RE HENDERSON;
No. 98–5074. IN RE BLAIR;
No. 98–5130. IN RE JENKINS;
No. 98–5148. IN RE WOLF;
No. 98–5152. IN RE SWANSON;
No. 98–5356. IN RE DELESPINE;
No. 98–5470. IN RE TOTH;
No. 98–5522. IN RE WILLIAMS;
No. 98–5523. IN RE CANNON;
No. 98–5599. IN RE SIGGERS;
No. 98–5671. IN RE TOWNSEND;
No. 98–5789. IN RE LINCOLN;
No. 98–5807. IN RE SCHULTZ;
No. 98–5896. IN RE GHOLSTON; and
No. 98–5897. IN RE HERRINGTON. Petitions for writs of habeas corpus denied.

No. 97–2038. IN RE CROWELL;
No. 97–9079. IN RE FLETCHER;
No. 97–9090. IN RE SEATON;
No. 97–9120. IN RE ROBINSON;
No. 97–9132. IN RE RUDD;
No. 97–9133. IN RE RODRIGUEZ CRUZ;
No. 97–9256. IN RE FARRELL;
No. 97–9283. IN RE SCOTT;
No. 97–9352. IN RE LOWE;

No. 97–9426. IN RE FULLER;

No. 97–9429. IN RE LOWE;

No. 97–9441. IN RE TASBY;

No. 97–9655. IN RE TODD;

No. 97–9661. IN RE LOWE;

No. 98–259. IN RE STANTON;

No. 98–5042. IN RE ZANKICH;

No. 98–5105. IN RE LOWE;

No. 98–5197. IN RE LOWE;

No. 98–5216. IN RE WESTINE;

No. 98–5282. IN RE LOWE;

No. 98–5445. IN RE HARSTON; and

No. 98–5548. IN RE VARELA. Petitions for writs of mandamus denied.

No. 97–1933. IN RE BANK OF SAIPAN, EXECUTOR OF THE ESTATE OF HILLBLOM;

No. 97–8930. IN RE CAMPBELL;

No. 97–9233. IN RE SALEEM;

No. 97–9341. IN RE DEVLIN;

No. 97–9644. IN RE CAMP;

No. 97–9645. IN RE CAMP;

No. 98–17. IN RE VEY;

No. 98–42. IN RE WOOTEN;

No. 98–76. IN RE DORNFRIED; and

No. 98–242. IN RE LAUSLEGA. Petitions for writs of mandamus and/or prohibition denied.

No. 98–330. IN RE ATKINSON. Petition for writ of prohibition denied.

No. 97–1754. IMMIGRATION AND NATURALIZATION SERVICE *v.* AGUIRRE-AGUIRRE. C. A. 9th Cir. Certiorari granted.

No. 97–1008. CLEVELAND *v.* POLICY MANAGEMENT SYSTEMS CORP. ET AL. C. A. 5th Cir. Certiorari granted limited to the following questions: "1. Whether the application for, or receipt of, disability insurance benefits under the Social Security Act, 42 U. S. C. § 423, creates a rebuttable presumption that the applicant or recipient is judicially estopped from asserting that she is a